### MANAGER OF THE DIVISION OF FINANCE OF JACKSON COUNTY, Respondent,

v.

### PARCELS OF LAND ENCUMBERED WITH DELINQUENT TAX LIENS, and Beneficial Mortgage Company of Missouri, Inc., Appellant.

### No. WD 52289.

Missouri Court of Appeals, Western District.

April 1, 1997.

Larry Chipman, Independence, for appellant.

Bill Gnefkow, Jr., Asst. County Counselor, Jackson County, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Beneficial Mortgage Company of Missouri, Inc., appeals the circuit court's judgment determining the adequacy of consideration paid for property sold at a tax sale. We affirm. Rule 84.16(b).

■

### In Interest of M.D.S., D.M.S., R.J.S., and R.R.S.

### No. WD 52592.

Missouri Court of Appeals, Western District.

April 1, 1997.

Gerald F. McGonagle, Kansas City, for Natural Mother.

Dale Godfrey, Kansas City, as Guardian Ad Litem.

Kimberly Carrington, Kansas City, for Juvenile Officer.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

H.S. appeals the circuit court's termination of her parental rights as the mother of M.D.S., D.M.S., R.J.S., and R.R.S. We affirm. Rule 84.16(b).